AUSA: Carmi Schickler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW WEDDERBURN,<br><br>Defendant. | 25 mj 2167<br>**COMPLAINT**<br><br>Violation of 18 U.S.C. § 922(g)<br><br>COUNTY OF OFFENSE:<br>WESTCHESTER |

SOUTHERN DISTRICT OF NEW YORK, ss.:

RYAN ZIMMERMAN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Possession of a Firearm After a Felony Conviction)

1. On or about July 1, 2025, in the Southern District of New York and elsewhere, ANDREW WEDDERBURN, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Walther Arms PPK/S .22 caliber pistol with serial number WF062204 (the "Walther PPK"), and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the FBI, and have been since 2023. I have experience investigating violent crimes and crimes involving firearms, among other crimes. I have been personally involved in the investigation of this matter.

3. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement officers, and my examination of reports and records, including photographs. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based upon my participation in this investigation, my review of related law enforcement records, and my conversations with other members of law enforcement, including from the Yonkers Police Department ("YPD"), I have learned the following:

    a. On or about the evening of July 1, 2025, members of the YPD patrolling the vicinity of Herriott Street and Clinton Place in Yonkers observed a 2024 gray Nissan Rogue (the "Nissan Rogue") pass an unmarked, parked law enforcement vehicle (the "Law Enforcement Vehicle") several times in a short period. The YPD officers also observed that the Nissan Rogue had heavily tinted windows, in violation of New York Vehicle and Traffic Law ("VTL") Section 375(12-a).

    b. Based on the aforementioned violation of the VTL, YPD officers in the Law Enforcement Vehicle activated their emergency lights and sirens and attempted to stop the Nissan Rogue. The Nissan Rogue then attempted to flee the Law Enforcement Vehicle, with YPD officers in pursuit. During its flight, the Nissan Rogue nearly collided with the Law Enforcement Vehicle, as well as multiple additional vehicles and pedestrians, and disregarded numerous stop signs posted at various intersections.

    c. While attempting to evade law enforcement, the Nissan Rogue turned southbound onto Buena Vista Avenue and stopped near the northern entrance to O'Boyle Park. Numerous law enforcement vehicles then converged, and members of law enforcement ordered all occupants of the Nissan Rogue to exit the vehicle. After several minutes, YPD officers observed a black male, later identified as ANDREW WEDDERBURN, the defendant, wearing an orange hooded sweatshirt and black sweatpants, exit the Nissan Rogue on the front passenger side and flee southbound on foot through O'Boyle Park. While pursuing WEDDERBURN through the park, YPD officers observed him clutching at an item in the area of his waistband.

    d. Following a brief foot pursuit, a member of the YPD ("Officer-1") tackled WEDDERBURN and arrested him. Upon a search incident to arrest, Officer-1 found the Walther PPK in the front pocket of WEDDERBURN's sweatshirt. Officer-1 also found six rounds of ammunition in the magazine of the Walther PPK.

  5. Based upon my training and experience, and based upon my conversations with other members of law enforcement investigating this matter, including consultation with members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, I have concluded that the Walther PPK recovered from WEDDERBURN's person was manufactured outside of New York State.

  6. I have reviewed criminal history records pertaining to ANDREW WEDDERBURN, the defendant, which show that on or about May 25, 2021, in Bronx County Supreme Court, WEDDERBURN pleaded guilty to and was convicted of assault in the second degree, in violation of New York Penal Law Section 120.05(02), a felony punishable by more than one year of imprisonment, and was sentenced to four years' imprisonment.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of ANDREW WEDDERBURN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

_____
RYAN ZIMMERMAN
Special Agent
Federal Bureau of Investigation

Sworn to me this  9th  day of July, 2025.

_____
THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York